■ WILLIAM MANDELL, as Assignee of ROBERT B. BECKER, Appellant, v. CONTINENTAL INSURANCE COMPANY, Respondent.— Order entered on November 30, 1966, granting motion, made after filing of note of issue, for dismissal of action for general delay in prosecution, unanimously reversed, on the law and the facts and in the exercise of discretion, without costs or disbursements, and the motion denied. The instant circumstances, judged in the light of legislative policy since the original enactment of CPLR 3216, do not in our opinion warrant the requested dismissal. Concur — Botein, P. J., Eager, Steuer, Tilzer and Rabin, JJ.

## (February 6, 1968)

■ RUTH H. SAYRES, Respondent, v. CIBA CORPORATION, Appellant.— Order entered June 6, 1966, unanimously modified on the law, the facts and in the exercise of discretion so as to extend defendant's time to stipulate to 10 days after service upon it of a copy of the order entered herein, with notice of entry, and, as so modified, affirmed, without costs or disbursements. The modification is made necessary to carry out the spirit of the Special Term order. Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.

■ FRANCES M. JOHNSON, Appellant-Respondent, v. ALLAN R. JOHNSON, Respondent-Appellant.— Judgment unanimously modified on the law, the facts and in the exercise of discretion so as to increase the amount payable to plaintiff for her support and maintenance to $1,500 a month and, as thus modified, affirmed, without costs or disbursements, on the ground that on this record the amount awarded is inadequate. Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.

■ In the Matter of the NARCOTIC ADDICTION CONTROL COMMISSION, Respondent. RICHARD SPADAFORA, an Alleged Narcotic Addict, Appellant.— Order entered July 14, 1967, unanimously affirmed, without costs and without disbursements. (See *Matter of James*, 29 A D 2d 72.) Concur — Eager, J. P., Capozzoli, Tilzer, McGivern and Rabin, JJ.

■ PALM DEVELOPERS LIMITED, Appellant, v. BANK OF NOVA SCOTIA, Respondent.— Order entered July 20, 1966, unanimously modified on the law, the facts and in the exercise of discretion, so as to eliminate any reference to the motion for summary judgment or lack of jurisdiction and, as so modified, affirmed, with $50 costs and disbursements to the respondent. It is clear that the dismissal rests solely on the ground of *forum non conveniens*. Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.